UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROSALY RAMIREZ et al.,                                :

        Plaintiffs,                    :   **ORDER**

  -v.-                                                       :

                                                        13 Civ. 2367 (JGK) (GWG)
RIVERBAY CORP. et al.,                              :

        Defendants.                 :
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      This Order is directed to the "Opt-In Plaintiffs" in this lawsuit.

      You submitted a form consenting to participate in this lawsuit against Riverbay Corporation and other Defendants. Because you are a Plaintiff in the lawsuit, the Defendants sent your attorney a list of questions in a document titled "Defendants' First Set of Interrogatories to Opt-In Plaintiffs," dated March 5, 2014.  The Court has required each Opt-In Plaintiff to answer these questions.  The questions relate to issues such as whether you worked before and after shifts and whether you received compensatory time rather than money for overtime.

      This Order is to inform you that you must answer these questions, sign your answer under oath, and return your answer to Plaintiffs' counsel **by September 9, 2014.**

      **If you do not meet the September 9, 2014 deadline, your claims in this case may be dismissed.  This may prevent you from asserting your claims in this court or any other court ever again.**

      You should be aware that it is a violation of federal law for Riverbay to retaliate against you for participating in this lawsuit, such as by firing you, disciplining you, or discriminating against you.  Riverbay has assured the Court that no such retaliation will occur.

      You may contact Plaintiffs' counsel, McLaughlin & Stern, LLP and speak with either Wade Wilkinson or Brett Gallaway at (212) 448-1100 who can help you respond to Defendants' questions.

      SO ORDERED.

Dated: July 23, 2014
      New York, New York

                                                 _____
                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge